IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PANHANDLE OIL AND GAS INC.                                PLAINTIFF

v.                         No. 4:17-cv-379-DPM

BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC and BP AMERICA
PRODUCTION COMPANY                                        DEFENDANTS

ORDER

BP's unopposed motion to file four documents under seal is tentatively granted. № 12. The Court directs the Clerk to accept these papers and hold them under seal. The Court would appreciate counsel providing a courtesy copy to chambers. The grant is tentative, though, because the Court can't tell without reviewing the documents whether a sufficient reason exists to close these important papers to the public. *See, e.g., Sheppard v. Maxwell*, 384 U.S. 333, 350 (1966); *Arkansas Department of Human Services v. Hardy*, 316 Ark. 119, 123, 871 S.W.2d 352, 355 (1994). If practicable, redaction is better than sealing; it should be the preferred route, not just an option. Compare Fed. R. Civ. P. 5.2 with the Agreed Protective Order at III(G). If any party wants to be heard on this issue, it should file a brief by 26 June 2017.

So Ordered.

                 *DPMarshall Jr.*
                 D.P. Marshall Jr.
                 United States District Judge

                 15 June 2017