IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PANHANDLE OIL AND GAS INC.                          PLAINTIFF

v.                              4:17-cv-379-DPM

BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC, and
BP AMERICA PRODUCTION COMPANY          DEFENDANTS


## ORDER

Rule 26(f) report, № 33, noted and appreciated. The Court will require proposed amendments on the last business day of this month and will adopt the suggestion about expert staging. We'll have a bench trial, given Panhandle's withdrawal of its jury request. The Court's docket does not permit an earlier realistic trial date. But the parties' dispute is an older one, notwithstanding the newer case number. In these circumstances, it makes some sense to move faster through discovery and motions, if we can. Discovery will end on 30 April 2018; motions will be due on 4 June 2018. We'll see where the case stands, and what everybody's schedules look like, after that. Please advise in a joint report or motion in due course. The February 2019 trial date, and related deadlines, will stay in place for now. A Final Scheduling Order will issue.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 September 2017