IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PANHANDLE OIL AND GAS INC.                                    PLAINTIFF

v.                          4:17-cv-379-DPM

BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC, and
BP AMERICA PRODUCTION COMPANY                                 DEFENDANTS

## JUDGMENT

All claims against all parties are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2018